IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00188-PAB-BNB

LORI L. PARK,
Plaintiff,

v.

TD AMERITRADE TRUST COMPANY, INC.,
TD AMERITRADE, INC., and
TD AMERITRADE TRUST COMPANY CORPORATION,

Defendants.
_____

**ORDER**
_____

This matter arises on a paper filed by the plaintiff [Doc. #2, filed 01/28/2010] (the "Motion") requesting that the United States Marshal be directed to serve the defendants. The plaintiff is not proceeding *in forma pauperis*, and she does not provide any basis for service by the United States Marshal.

In addition, "[a] request for a court order must be by motion." "The rules governing captions and other matters of form in pleadings apply to motions and other papers." Fed. R. Civ. P. 7(b). The plaintiff has failed to submit her request in proper motion form. Accordingly,

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that future applications to the court shall be submitted in the form of a motion.

Dated February 2, 2010.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge