IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00188-PAB-BNB

LORI L. PARK,

Plaintiff,

v.

TD AMERITRADE TRUST COMPANY INC.,
TD AMERITRADE INC., and
TD AMERITRADE TRUST COMPANY CORPORATION,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion (to Withdraw)** [docket no.15, filed April 14, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Motion to Amend Complaint [docket no. 13, filed April 12, 2010] is DENIED AS MOOT.

DATED: April 16, 2010